## (C. D. 94)

MEXICAN SINCLAIR PETROLEUM CORP. *v.* UNITED STATES

United States Customs Court, First Division

(Decided February 9, 1939)

*Barnes, Richardson & Colburn* (*Joseph Schwartz* of counsel) for the plaintiff.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Marcus Higginbotham, Jr.*, special attorney), for the defendant.

Before McCLELLAND, SULLIVAN, and BROWN, Judges; McCLELLAND, P. J., not participating

BROWN, Judge: This suit against the United States was brought at New York and there tried to recover customs duties claimed to have been illegally exacted on an article invoiced as "Cleaning and Degreasing Preparation." Its dry formula is shown on the powdered sample produced at the trial as follows:

| | |
|---|---|
| Trisodium phosphate | 7. 35% |
| Sodium carbonate | 5. 80% |
| Sodium silicate | 8. 6% |
| Impurities | . 85% |

The collector took duty at 25 per centum ad valorem under paragraph 5, Tariff Act of 1930, reading:

PAR. 5. All chemical elements, all chemical salts and compounds, all medicinal preparations, and all combinations and mixtures of any of the foregoing, all the foregoing obtained naturally or artificially and not specially provided for, 25 per centum ad valorem.

The plaintiff's principal claim is under paragraph 80 reading as follows:

PAR. 80. Soap: Castile, 15 per centum ad valorem; toilet, 30 per centum ad valorem; all other soap and soap powder, not specially provided for, 15 per centum ad valorem.

Other claims under paragraphs 14 and 81 are not pressed or supported. The evidence shows that it is principally used to wash the inside of tanks and drums and to wash tools.

The witness said that it could be used for washing hands but did not form a lather. He claimed that it was used as soap; was used for cleaning.

The dictionary definitions of soap are as follows:

*Soap.* A cleansing agent, made usually by action of alkali on fat or fat acids, and consisting of potassium salts and fat acids. (Webster's New International Dictionary, 1936.)

*Soap.* Any compound formed by the union of a fatty acid with a base; specifically, a substance consisting wholly or in part of a sodium or potassium salt of oleic, palmitic, or stearic acid, and used as a detergent. (Funk and Wagnalls Standard Dictionary.)

The formula as proved contains no fatty acids. Although the article is undoubtedly a cleaning powder and used as some soaps are used it does not come within the common meaning of soap. Therefore under the record presented the protest must be overruled.

Judgment will issue accordingly.